AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Business Chain, Inc., The,

                    *Plaintiff,*

v.                                         Case No. 0:17–cv–04906–DSD–BRT

Val Du Charron Wines Proprietary
Limited, et al.,

                    *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   Val Du Charron Wines Proprietary Limited

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         Elise Radaj
         333 South Seventh Street
         Suite 2600
         Minneapolis, MN
         55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD D. SLETTEN, CLERK OF COURT     By:



Signature of Clerk or Deputy Clerk
Lynnette Brennan

Date of Issuance:   October 27, 2017

## Summons and Complaint Return of Service

Case No. 0:17–cv–04906–DSD–BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Val Du Charron Wines Proprietary Limited

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Business Chain, Inc., The,

                    *Plaintiff,*

v.                                                   Case No. 0:17–cv–04906–DSD–BRT

Val Du Charron Wines Proprietary
Limited, et al.,

                    *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:    Stuart Entwistle

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Elise Radaj
                333 South Seventh Street
                Suite 2600
                Minneapolis, MN
                55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD D. SLETTEN, CLERK OF COURT        By:



Signature of Clerk or Deputy Clerk
Lynnette Brennan

Date of Issuance:  October 27, 2017

# Summons and Complaint Return of Service

Case No. 0:17−cv−04906−DSD−BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:       Stuart Entwistle

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Business Chain, Inc., The,

       *Plaintiff,*

v.                   Case No. 0:17–cv–04906–DSD–BRT

Val Du Charron Wines Proprietary
Limited, et al.,

       *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To: Catherine Entwistle

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Elise Radaj
    333 South Seventh Street
    Suite 2600
    Minneapolis, MN
    55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*   By:



Signature of Clerk or Deputy Clerk
Lynnette Brennan

Date of Issuance: October 27, 2017

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:17−cv−04906−DSD−BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   Catherine Entwistle

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: